370-11420  RAV/JMK/lak  #44540

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| KAITLIN VERBER and BRAD VERBER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2012-M1-154729 |
| ) | |
| CITIBANK, NA and CLINICAL ASSIST, ) | |
| LTD, d/b/a BLACK BEAR ACADEMY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendant, CITIBANK, NA, by and through its attorneys, STONE & JOHNSON, CHARTERED, and hereby files this Notice of Removal based on the following:

1. On or about September 14, 2012, the Plaintiffs, KAITLIN VERBER and BRAD VERBER, filed a Summons and Complaint in the Circuit Court of Cook County, under case number 2012 M1 154729 against the Defendants, CITIBANK, NA and CLINICAL ASSIST, LTD, d/b/a BLACK BEAR ACADEMY as a result of alleged charges made to Plaintiffs' Citi credit cards by CLINICAL ASSIST, LTD, d/b/a BLACK BEAR ACADEMY on June 27, 2012. A copy of the Plaintiff's Summons and Complaint at Law are attached hereto as Group Exhibit "A".

2. On or about September 21, 2012, the Defendant, CITIBANK, NA, was served with the Summons and Complaint. A copy of the return of service is attached hereto as Exhibit "B".

3. Upon information and belief, the Defendant, CLINICAL ASSIST, LTD, d/b/a BLACK BEAR ACADEMY, was also served with the Summons and Complaint.

4. That according to Plaintiff's Complaint, the Defendant, CLINICAL ASSIST, LTD, d/b/a BLACK BEAR ACADEMY, on June 27, 2012, presented charges on Plaintiffs' Citi credit cards as authorized by Plaintiffs.

5. That according to Plaintiff's Complaint, the Defendant, CITIBANK, NA, violated the Federal Statute, The Truth in Lending Act, 15 U.S.C. §1666, by refusing to reverse the charges made by Defendant CLINICAL ASSIST, LTD, d/b/a BLACK BEAR ACADEMY.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.A. § 1331, and is one which may be removed to this Court by Defendant, CITIBANK, NA, pursuant to the provisions of 28 U.S.C.A. § 1441(a) & (c) in that one of the claim against CITIBANK, NA,, arises under 15 U.S.C. §1666.

7. Accordingly, as Plaintiffs' Complaint presents a question of federal law, removal to federal court is appropriate. *Burda v. M. Ecker Co.*, 954 F.2d 434, 437-38 (7th Cir. 1992); *28 U.S.C.A. § 1331; 28 U.S.C.A. § 1441*.

8. The Defendant, CLINICAL ASSIST, LTD, d/b/a BLACK BEAR ACADEMY, filed an appearance on October 15, 2012.

9. That on or about October 17, 2012, counsel for CITIBANK, NA, Richard A. Valek, obtained written confirmation from Defendant, CLINICAL ASSIST, LTD, d/b/a BLACK BEAR ACADEMY, consenting to transferring this case to Federal Court for all further proceedings. A copy of this written agreement is attached as Exhibit "C".

10. As such, all Defendants support the removal of this action.

11. A Notice of Filing of Removal has been timely filed with the Circuit Court of Cook County, Illinois. A copy of the Notice of Filing of Removal is attached hereto as Exhibit "D".

Respectfully submitted,

**STONE & JOHNSON, CHARTERED**

By: _____
One of the Attorneys for Defendant,
CITIBANK, NA

Richard A. Valek
Jennifer M. Kanady
STONE & JOHNSON, CHARTERED
200 East Randolph Street - 24th Floor
Chicago, Illinois 60601
(312) 332-5656

3

370-11420        RAV/JMK/lak        #44540

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| KAITLIN VERBER and BRAD VERBER, ) )        Plaintiffs, ) ) vs. ) ) CITIBANK, NA and CLINICAL ASSIST, ) LTD, d/b/a BLACK BEAR ACADEMY, ) )        Defendants. ) | 2012-M1-154729 |

### ATTORNEY'S RULE 11 CERTIFICATION

The undersigned attorney certifies that he has read the foregoing Notice of Removal, that to the best of his knowledge, information and belief, formed after reasonable inquiry it is well grounded in fact the same is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

_____
Richard A. Valek, Attorney for CITIBANK, NA